UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:   Suzanne E. Leberman                    Chapter 7

                 Debtor.                         Case No. 10-32520-PP

**MOTION TO RECOVER ATTORNEY'S FEES IN CONNECTION WITH DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ABFC 2005-AQ1 TRUST, ASSET-BACKED CERTIFICATES, SERIES 2005-AQ1'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT RE; PROPERTY LOCATED AT: S73 W17015 BRIARGATE LANE, MUSKEGO, WI**

The above-referenced Debtor, by the Law Offices of Rollie R. Hanson, S.C., brings this motion in conjunction with and in addition to the Debtor's Objection to the Motion for Relief from Stay on file in this case. In support of this Motion, the Debtor respectfully shows to the court as follows:

(1) The Debtor reasserts her position as stated in the Objection to Relief from Stay on file in this case.

(2) The Debtor asserts that there was no cause nor basis for the Movant to bring a relief from Stay Motion. The Movant brought a frivolous Relief from Stay Motion and upon the Debtor providing proof of all payments to the Movant, the Movant has refused to withdraw said motion.

(3) The Debtor has incurred attorney's fees in defending the Relief from Stay Motion that would not have been incurred but for the Movant's frivolous Relief from Stay Motion.

WHEREFORE, the Debtor, in addition to this Court sustaining the Debtor's Objection to the Movant's Relief from Stay motion, respectfully requests that this Court enter an Order for the Movant to pay the Debtor's attorney's fees related to this matter and any other relief the Court deems just.

Dated at West Allis, Wisconsin this *12th* day of November, 2010.

Law Office of Rollie R. Hanson, S.C.                /s/ *Rollie R. Hanson*
6737 W. Washington Street, Suite 1420
West Allis, WI  53214                               _____
Telephone: (414)321-9733/Fax: (414)321-9601         Rollie R. Hanson,
Rollie@hansonlaw.net                                Attorney for Debtor

.UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:   Suzanne E. Leberman                     Chapter 7

   Debtor.                                       Case No. 10-32520-PP

---

**NOTICE OF MOTION TO RECOVER ATTORNEY'S FEES IN CONNECTION WITH DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ABFC 2005-AQ1 TRUST, ASSET-BACKED CERTIFICATES, SERIES 2005-AQ1'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT RE; PROPERTY LOCATED AT: S73 W17015 BRIARGATE LANE, MUSKEGO, WI**

---

PLEASE TAKE NOTICE that the Debtor has filed a motion with the Court requesting that the Court enter an Order awarding Attorney's Fees to the Debtor in connection with Deutsche Bank National Trust Company, as Trustee for ABFC 2005-AQ1 Trust, Asset-Backed Certificates, Series 2005-AQ1's Motion for Relief from the Automatic Stay.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.

If you do not want the Court to enter an order granting the relief sought in the Motion to Recover Attorney's Fees, or if you want the Court to consider your views on the Motion to Recover Attorney's Fees, then on or before **November 26, 2010** you or your attorney must:

File with the court a written objection to the Motion and request for a hearing with:

> U.S. Bankruptcy Clerk
> U.S. Courthouse, Room 126
> 517 East Wisconsin Avenue
> Milwaukee, WI 53202

THE LAW OFFICE OF ROLLIE R. HANSON, S.C.
6737 W. Washington Street, Suite 1420
West Allis, WI 53214
(414) 321-9733 Fax (414) 321-9601
Rollie@hansonlaw.net

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.  Further, any written objection must state specific grounds or reasons for the objection.

You must also mail a copy to:

The Law Office of Rollie R. Hanson S.C.
6737 W. Washington Street, Suite 1420
West Allis, WI 53214

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion sought and may enter an order granting that relief.

Dated this 12th day of November, 2010 at West Allis, WI.

*/s/ Rollie R. Hanson*
_____
Rollie R. Hanson
Attorney for Debtor.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Suzanne E. Leberman | Chapter 7 |
| | Case No. 10-32520-PP |
| Debtor. | **AFFIDAVIT OF SERVICE** |

STATE OF WISCONSIN )
                              (SS
COUNTY OF MILWAUKEE )

Jared Nusbaum, being first duly sworn on oath, deposes and says that on November 12, 2010 he served via CM/ECF at West Allis, Wisconsin, a true and correct copy of the *Motion to Recover Attorney's Fees in Connection with Deutsche Bank National Trust Company, as Trustee for ABFC 2005-AQ1 Trust, Asset-Backed Certificates, Series 2005-AQ1's Motion for Relief from the Automatic Stay* to the parties of interest listed below:

| | |
|---|---|
| Steven R. McDonald<br>Chapter 7 Trustee | Via CM/ECF |
| Office of the U.S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Deutsche Bank National Trust Company<br>c/o M. Abigail O'Dess<br>O'Dess and Associates, S.C.<br>1414 Underwood Avenue, Suite 403<br>Wauwatosa, WI 53213 | Via CM/ECF |

                                                                                */s/ Jared Nusbaum*
                                                                                Jared Nusbaum

Subscribed and sworn to before
me this 12th day of November, 2010.    LAW OFFICE OF ROLLIE R. HANSON, S.C.
                                                    6737 W. Washington Street, Suite 1420
  */s/ Rollie R. Hanson*                  West Allis, WI 53214
_____      (414) 321-9733 FAX (414) 321-9601
Rollie R. Hanson                         Rollie@hansonlaw.net
Notary Public, State of Wisconsin
My Commission is permanent